UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOODWARD PARK PARTNERS, LLC,

Plaintiff,

-v-

ADVANCED DRAINAGE SYSTEMS, INC.,

Defendant.

25 Civ. 3064 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Counsel for all parties are ordered to appear before the undersigned for a conference on July 30, 2026, at 1:30 p.m., to discuss the parties' anticipated post-discovery motions. The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

In advance of the conference, the parties must meet-and-confer regarding whether they would prefer to proceed with a trial on the papers, as opposed to summary judgment and, if necessary, a bench trial. S*ee Acuff-Rose Music, Inc. v. Jostens, Inc.*, 155 F.3d 140, 142-43 (2d Cir. 1998) ("[A] district court may decide a case by summary bench trial upon stipulation of the parties as long as the parties have willingly forgone their right to a full trial.").

SO ORDERED.

Dated: July 19, 2026
New York, New York

JOHN P. CRONAN
United States District Judge