Dawda
— Counselors at Law —

DONALD R. BACHAND
248.642.6968
DBACHAND@DAWDALAW.COM

July 23, 2026

By ECF

Honorable John P. Cronan
United States District Judge
USDC, Southern District of NY
500 Pear Street, Room 1320
New York, NY 10007

The conference scheduled for August 10, 2026, at 11:00 a.m. is adjourned until August 12, 2026, at 10:30 a.m. The conference will still be held in person, in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED
July 23, 2026

JOHN P. CRONAN
United States District Judge

**Re: Woodward Park Partners, LLC v. Advanced Drainage Systems, Inc.**
**Case No. 25 Civ. 3064 (JPC)**

Dear Judge Cronan:

The undersigned represents Plaintiff Woodward Park Partners, LLC and respectfully submits this letter motion to request a brief adjournment (or advancement) of the conference scheduled for August 10, 2026. There have been no prior requests to adjourn the conference.

The undersigned is scheduled to be on a prepaid family vacation on August 10, 2026 and will not return to the office until August 12, 2026. This trip has been planned for months and would be the undersigned's first vacation in 2026.

Opposing counsel consents to the request and, if the Court's schedule permits, all counsel are available August 12-14, 2026. Alternatively, counsel are available August 5-7, 2026. If the Court is amenable, counsel request leave to attend the conference remotely. If an in person conference is preferred, counsel will obviously comply with the Court's requirements.

Respectfully,

*/s/ Donald R. Bachand*
Counsel for Plaintiff Woodward Park Partners, LLC